Opinion issued March 27, 2003






 








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01066-CV

____________


WILLIE R. DAVIS, Appellant


V.


BEVERLY A. DAVIS, Appellee






On Appeal from the 309th District Court

Harris County, Texas

Trial Court Cause No. 001119187






O P I N I O N

 Appellant states this is an appeal from a judgment signed August 23, 2002. 
Appellant has invoked the jurisdiction of this Court by filing a notice of appeal, but
he has not paid the appellate filing fee. On January 21, 2003, this Court ordered that
unless, within 15 days of the date of the order, appellant paid the appellate filing fee,
his appeal would be dismissed. The 15 days have expired and appellant has not paid
the appellate filing fee.

 Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.


Do not publish. Tex. R. App. P. 47.